IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

| | | |
|---|---|---|
| DERRICK A. WALKER, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 7:20-cv-00092-O-BP |
| | § | |
| FRANCIS PEREZ, | § | |
| | § | |
| Defendant. | § | |

## FINAL JUDGMENT

On June 14, 2021, the Court issued its Order adopting the Findings, Conclusions, and Recommendation of the United States Magistrate Judge. ECF No. 17. Accordingly, the Court **DISMISSES with prejudice** Plaintiff's federal law claims and **DISMISSES without prejudice** Plaintiff's state law claims.

**SO ORDERED** on this **14th day** of **June, 2021.**

_____
Reed O'Connor
UNITED STATES DISTRICT JUDGE